United States District Court
Southern District of Texas
FILED
JUN 2 1 2005
Michael N. Milby, Clerk
TDH

United States District Court
Southern District of Texas
ENTERED
JUN 2 3 2005   BM
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | CASE NO. L-05-CR-954 |
| Alma Oralia Lopez § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 9, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE